■ In the Matter of DENNIS D. ESTRUCH, Respondent, v PATRICIA L. SLOAN, Appellant. [693 NYS2d 472] —Order unanimously affirmed without costs for reasons stated in decision at Livingston County Family Court, Cicoria, J. (Appeal from Order of Livingston County Family Court, Cicoria, J.—Custody.) Present—Denman, P. J., Lawton, Hurlbutt, Scudder and Balio, JJ.